Prasanna Goonewardena
247-34A 77 Cres
Bellerose, NY 11426

June 19, 2018

Hon. Steven Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: 15 CV 5239 (MKB)(ST)
    Goonewardena v. Spinelli



Your Honor:

I write in response to Office of the Court Administration (hereinafter "OCA") counsel Mr.

Adlerstein's letter dated June 11, 2018 (docket entry # 93). Mr. Adlerstein's letter requesting my

case be dismissed is unwarranted and pushed plaintiff to the brink to write the following:


Mr. Adlerstein who is Jewish openly expressing his evil thoughts probably because I am a

colored immigrant. Everyone knows that 90% of the Jewish people in the world are prejudicial,

arrogant, self-centered and preoccupied with delusional thoughts-praying to a manmade wall

saying that it is a holly wall. Other than judge Bloom, I never had a Jewish person done anything

good to me. On the other hand, I never had an Irish person done anything bad to me. Irish people

are the nicest people in the world. Example: judge Raymond Dearie. Even Albert Einstein

expressed prejudicial thoughts. (Exhibit A.) Mr. Adlerstein makes $163,979.02/ yr. to sit at a

desk and just to be a prejudicial person.

Mr. Adlerstein requested, "… this matter may be discontinued for failure to prosecute." (*id* at 3.) First, Mr. Adlerstein is not the defense attorney. As a matter of law and policy, he cannot be the defense attorney. Mr. Adlerstein has no legal authority to persuade district judge to dismiss a case that he is not involved. Even assuming *arguendo,* Mr. Adlerstein has authority to make such request, which he does not have, plaintiff is making every attempt to prosecute this case. It is the defendants not complying with the discovery demands. (The defendants have yet to produce Spinelli and others for their depositions.) See Exhibit B my latest letter to the defendants. Mr. adlerstein also preoccupied with whether plaintiff filed Rule 26 disclosure. (*Id.*) Again Mr. Adlerstein has no legal authority to make such request. His job is to prosecute the three defendants. Instead he is preoccupied with denying plaintiff right to due process to get justice. Therefore, this court should issue a gag order. Since Mr. Adlerstein is Jewish, no gag order will be issued against him.

### A few things about me

I love this country. When I was 19, I joined the Navy and took the oath to defend this country. I did not go to boot camp for various reasons. What has Mr. Adlerstein done to this country? Nothing. I have been working since I was 16. Some of the jobs I have done are, loading trucks, working for Panam airline, at a hospital etc. Most recently in 2015 cleaning toilets and scrubbing bathrooms. What happened at Zucker, this incident and 2016 election made me to believe that it would be better for me to relocate to another country. Who in the right mind wants to get assaulted for sheer pleasure & arrogance.

### Subpoena's

1.  OCA employees- Mr. Adlerstein, Shawn Kerby, Joseph Kuceluk must release their email communications with the defense attorney Siudzinski. Mr. Adlerstein refusing invoking attorney client privilege. OCA and Siudzinski are attorney and client? Not so.

A party invoking the attorney-client privilege must show (1) a communication between client and counsel that (2) was intended to be and was in fact kept confidential, and (3) was made for the purpose of obtaining or providing legal advice. Here all three prongs fail. Communications between OCA employees and Siudzinski is not for seeking legal advice rather how to sabotage plaintiff's case. There is no attorney client relationship exist between OCA employees and Siudzinski.

2.  OCA must release laws (collective bargaining law or OCA law) that they have applied not to proceed with plaintiff's complaint against the three court officers until the civil case is completed. OCA counsel at the April 17th conference indicated that they did not interview the three defendants yet due to union laws. Now they must release such law.

3.  OCA must release all complaints, disciplinary actions taken against the three officers and arrest(s) they have made in the past. These are not privilege information. *National Congress for Puerto Rican Rights ex re. Perez v. City of New York* 194 F.R.D. 88 2000 WL 358385 (S.D.N.Y. 2000); *Morrissey v. City of New York* 171 F.R.D. 85, 88 (S.D.N.Y. 1997) (In federal actions, discovery should be broad, and all relevant materials which are reasonably calculated to lead to discovery of admissible evidence should be [discoverable]). I consent to in camera review.

3

to

I apologize Hon. Tiscione for asking his recusal. It was an error in my part. I do not Know Mr.

Louis Balocca. I am going by two of his rulings (Docket entry ##' 70 & 89). This case is very

important to me because, I was assaulted and falsely arrested. I deeply care about my liberty

interests. My civil rights have been violated just for sheer arrogance.


I look forward to July 11th conference. I hope, the court able to end this litigation because I am

accepting the settlement offer Hon. Tiscione negotiated on February 15, 2018.



Dated: June 19, 2018                              Respectfully submitted,

      Queens, NY

                                                Prasanna Goonewardena



cc: Lee Adlerstein, OCA counsel
    Michael Siudzinski, attorney for the defendants




4

# EXHIBIT A

# Einstein Travel Diary Teems With Racism And Stereotyping

**By YONETTE JOSEPH
and TIFFANY MAY**

LONDON — In 1922, the same year he received the Nobel Prize in Physics, Albert Einstein set out with his wife, Elsa, on a five-and-a-half-month odyssey of discovery of a new world: the Far East and Middle East.

Along the way, he was feted by a Japanese empress and had an audience with the king of Spain. He also kept a travel diary, noting in stark, often racist terms his impressions of the people he encountered on stops in Hong Kong and Singapore, China, Japan, India and Palestine.

The personal writings do not only reveal the musings of a man grappling with a jolt to his view of the world. They also expose "Einstein's stereotyping of members of various nations and raise questions about his attitudes on race," according to Princeton University Press, which has published the first full English-language edition.

The first volume of the trove — his writings were previously available in German — is now available under the title "The Travel Diaries of Albert Einstein." It complicates the portrait of a man often described as the most brilliant physicist of the modern era.

Einstein was a German-born Jewish scientist who was targeted by the Nazis and became known as an advocate for human rights. He once said in an interview, "Being a Jew myself, perhaps I can understand and empathize with how black people feel as victims of discrimination."

But in his private writings on that journey from October 1922 to March 1923, "other peoples are portrayed as being biologically inferior, a clear hallmark of racism," wrote Ze'ev Rosenkranz, assistant director of the Einstein Papers

*Yonette Joseph reported from London, and Tiffany May from Hong Kong.*

Project at the California Institute of Technology and the editor of the book.

Mr. Rosenkranz said in an email on Thursday that the book also "confronts us with the limits of his humanism, his intellectual elitism."

"I think a lot of comments strike us as pretty unpleasant — what he says about the Chinese in particular," he also told The Guardian. "They're kind of in contrast to the public image of the great humanitarian icon. I think it's quite a shock to read those and contrast them with his more public statements."

When Einstein set out on his journey, he was in his 40s, already renowned for his work on the photoelectric effect and on relativity, and developing a second reputation as a progressive public figure.

The travel diaries, however, lay bare a different side of a remarkable mind.

**IN HONG KONG**

He quotes Portuguese teachers who say, "The Chinese are incapable of being trained to think logically and that they specifically have no talent for mathematics."

"I noticed how little difference there is between men and women; I don't understand what kind of fatal attraction Chinese women possess which enthralls the corresponding men to such an extent that they are incapable of defending themselves against the formidable blessing of offspring."

**AROUND MAINLAND CHINA**

He writes of observing "industrious, filthy, obtuse people."

"Chinese don't sit on benches while eating but squat like Europeans do when they relieve themselves out in the leafy woods. All this occurs quietly and demurely. Even the children are spiritless and look obtuse."

"It would be a pity if these Chinese supplant all other races. For the



ASSOCIATED PRESS

Personal writings of Albert Einstein from 1922 and 1923 reveal his musings about cultures he had never experienced before.

likes of us, the mere thought is unspeakably dreary."

**IN SHANGHAI**

A Chinese funeral is described as "barbaric for our taste," the streets "swarming with pedestrians."

"In the air there is a stench of never-ending manifold variety."

"Even those reduced to working like horses never give the impression of conscious suffering. A peculiar herd-like nation," he writes, "often more like automatons than people."

**IN JAPAN**

"Japanese unostentatious, decent, altogether very appealing," Einstein writes, adopting a more flattering tone, though in some instances it veers into eugenic territory.

"Intellectual needs of this nation seem to be weaker than their artistic ones — natural disposition?"

**IN CEYLON**

Visiting the British colony that later became Sri Lanka, Einstein writes that the residents of Colombo "live in great filth and considerable stench at ground level," adding that they "do little, and need little. The simple economic cycle of life."

While many may insist on dismissing the diary entries as merely reflecting the attitudes of the era, Mr. Rosenkranz told The Guardian, the xenophobia and prejudice they revealed had been far from universal.

"That's usually the reaction I get: 'We have to understand, he was of the zeitgeist, part of the time,'" he said. "But I think I tried

# EXHIBIT B



June 19,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781423584620**.

---

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 28 LIBERTY ST<br>New York, NY 10005 |
| Signed for by: | Signature on File | Delivery date: | Jun 15, 2018 16:38 |
| Service type: | FedEx Ground | | |
| Special Handling: | | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

---

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 781423584620 | Ship date: | Jun 14, 2018 |
| | | Weight: | 0.2 lbs/0.1 kg |

Recipient:
Michael Siudzinski
NY State Attorney General's Office
28 Liberty Street
Litigation
New York, NY 10005 US

Shipper:
Prasanna Goonewardena
Prasanna Goonewardena
24734 A 77TH CRES
BELLEROSE, NY 11426 US

Thank you for choosing FedEx.

Prasanna Goonewardena
247-34A 77 Cres
Bellerose, NY 11426

June 19, 2018

Michael Siudzinski
New York State Attorney General's Office
28 Liberty Street
New York, NY 10005

Re: 15 CV 5239
    Depositions

Mr. Siudzinski:

Enclosed, please find my response to OCA counsel Lee Adlerstein's letter dated June 11, 2018.
For the fourth time, I am kindly asking you to contact me with the dates defendant Spinelli
available for his deposition. I am available any day in July. All depositions going to take place at
court reporting office including my deposition.

On June 14, 2018, I sent you my response to your discovery demands. Tracking records (Exhibit
B) shows that you received it on June 15, 2018.

Should you have any questions, please contact me via mail.

Regards,

Prasanna Goonewardena